**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-6413

DARREL R. FISHER,

> Plaintiff - Appellant,

v.

PETER A. MOORE, JR.; JAMES C. DEVER, III; LOUISE W. FLANAGAN; W. EARL BRITT; TERRENCE W. BOYLE; RICHARD E. MYERS, II,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Stephanie A. Gallagher, United States District Judge for the District of Maryland, sitting by designation.  (5:25-ct-03155-SAG)

Submitted:  July 23, 2026                                    Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrel R. Fisher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher appeals the district court's order dismissing with prejudice his claims against five district court judges, dismissing without prejudice his claims against a district court clerk, and affording him 30 days within which to file a motion for leave to file an amended complaint stating a claim against the clerk.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fisher v. Moore*, No. 5:25-ct-03155-SAG (E.D.N.C. Sep. 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although Fisher prematurely filed his notice of appeal, *see Britt v. DeJoy*, 45 F.4th 790, 793 (4th Cir. 2022) (en banc), we conclude that we have appellate jurisdiction under the doctrine of cumulative finality, *see Houck v. LifeStore Bank*, 41 F.4th 266, 271 (4th Cir. 2022).

2